PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

**FedEx® US Airbill** Express

FedEx Tracking Number: 8626 0428 2030

**1 From**
Date: 4/27/09
Sender's Name: V. Rios
Sender's FedEx Account Number: 1464-6755-5
Company: US DISTRICT COURT
Address: 1133 N SHORELINE BLVD
City: CORPUS CHRISTI   State: TX   ZIP: 78401-2003
Phone: (361) 888-3142

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: Andy Gould
Phone: (713) 250-5500
Company: US DISTRICT COURT / Houston Finance
Address: 515 RUSK AVE
City: HOUSTON   State: TX   ZIP: 77002

Form ID No. 0215

**4a Express Package Service** *Packages up to 150 lbs.*
- FedEx Priority Overnight
- FedEx Standard Overnight
- FedEx First Overnight
- FedEx 2Day
- FedEx Express Saver

**4b Express Freight Service** *Packages over 150 lbs.*
- FedEx 1Day Freight
- FedEx 2Day Freight
- FedEx 3Day Freight

**5 Packaging**
- FedEx Envelope
- FedEx Pak
- FedEx Box
- FedEx Tube
- Other

**6 Special Handling**
- SATURDAY Delivery
- HOLD Weekday at FedEx Location
- HOLD Saturday at FedEx Location
Does this shipment contain dangerous goods?
- No
- Yes (As per attached Shipper's Declaration)
- Yes (Shipper's Declaration not required)
- Dry Ice
- Cargo Aircraft Only

**7 Payment** Bill to:
- Sender
- Recipient
- Third Party
- Credit Card
- Cash/Check

Total Packages   Total Weight   Total Declared Value $       .00

**8 Residential Delivery Signature Options**
- No Signature Required
- Direct Signature
- Indirect Signature

Rev. Date 10/06 • Part #158279 • © 1994–2006 FedEx • PRINTED IN U.S.A • SRF

0366611081

519

Ship and track packages at fedex.com
Simplify your shipping. Manage your account. Access all the tools you need.





## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

ENTERED
04/17/2009

IN RE: §
§
END OF THE ROAD MINISTRIES OF § CASE NO. 06-10422
TEXAS INCORPORATED § (CHAPTER 7)
DEBTOR §
§

United States District Court
Southern District of Texas
FILED
APR 2 7 2009
Michael N. Milby, Clerk of Court

### ORDER TO PAY FUNDS INTO THE REGISTRY
### UNDER 11 U.S.C. § 347 (A)

CAME ON FOR CONSDERATION, Trustee's Motion to pay funds into the Court Registry under 11 U.S.C. § 347(a), and the Court, having considered the Motion, is of the opinion that the Motion is well taken and the Court further finding that notice of said Motion is not required, it is therefore,

ORDERED that William C. Romo, Trustee is authorized to pay the funds in the amount of $1,423.17, as per Exhibit "A", now held by him in the above styled and numbered case, together with any accrued interest thereon, into the registry of the Court.

DATED: 4/17/09

HONORABLE RICHARD SCHMIDT,
UNITED STATES BANKRUPTCY JUDGE
This order is signed for the Court by
the Clerk under authority of 28 U.S.C.
§ 956 and General Order 2000-3.
MICHAEL N. MILBY, CLERK
By: _____
Deputy Clerk

PAID
4-21-09

PLEASE CHECK ONE:

_____   Small Dividends

  X   \_\_\_\_\_   Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| End of the Road Ministries of Texas Incorporated<br>502 Miramar Pl<br>Corpus Christi, Texas 78411-2124 | 1 | $1,423.17 |